UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
Date: 6/2/22
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES OF AMERICA

v.

RICHARD SANDOVAL
MARTIN OCASIO-RAMOS

CASE NO. 5:22-cr-30-GAP-PRL
18 U.S.C. § 1791(a)(2)
18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 21, 2021, in the Middle District of Florida, the defendant,

**RICHARD SANDOVAL**
and
**MARTIN OCASIO-RAMOS**,

being an inmate of a prison, namely Coleman Federal Correctional Complex, knowingly possessed prohibited objects, namely, buprenorphine, a controlled substance in schedule III, and an object designed or intended to be used as a weapon and to facilitate escape from a prison, namely, a knife and razor blades.

1

In violation of 18 U.S.C. §§ 2 and 1791(a)(2) and (d)(1)(B).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Hannah J. Nowalk
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
June 22

No. 5:22-cr-

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

RICHARD SANDOVAL
and
MARTIN OCASIO-RAMOS

### INDICTMENT

Violations: 18 U.S.C. § 1791(a)(2)
18 U.S.C. § 2



Foreperson

Filed in open court this 7th day of June 2022.

_M. Taylor_
Clerk

Bail $_____

GPO 863 525